UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | CR123-046 |
| ) | |
| STEVEN DRAWDY ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Jennifer A. Stanley** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Jennifer A. Stanley** be granted leave of absence for the following periods: November 11, 2024 through November 29, 2024.

ORDERED, this the 13th day of June, 2024.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA